IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIAM BROWN,

        Appellant,

                               Case No.  5D23-413

v.                           LT Case No. 16-2014-CF-09206-AXXXX

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed March 21, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Kevin Blazs, Judge.

William T. Brown, Perry, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


WALLIS, EDWARDS and MACIVER, JJ., concur.